

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE NEW YORK TIMES COMPANY and
CHARLIE SAVAGE,

    Plaintiffs,

v.

U.S. DEPARTMENT OF JUSTICE,

    Defendants.

No. 17 Civ. 53 (LAP) (BCM)

**STIPULATION OF VOLUNTARY DISMISSAL**

    WHEREAS on October 5, 2016, plaintiffs The New York Times Company and Charlie Savage (together, "plaintiffs") submitted a request for records to the National Security Division of defendant the United States Department of Justice (the "Government") pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA") (the "October 5, 2016, FOIA Request");

    WHEREAS plaintiffs filed this action seeking relief under FOIA on January 4, 2017;

    WHEREAS the Government timely answered the complaint on February 7, 2017;

    WHEREAS the Government has agreed to provide any records released in *Electronic Frontier Foundation v. United States Department of Justice*, No. 16-CV-02041-HSG (N.D. Cal.) ("*EFF*"), to plaintiffs, subject to the same withholdings (if any) in *EFF*;

    IT IS HEREBY STIPULATED AND AGREED by and between the parties as follows:

1.     This action is voluntarily dismissed by plaintiffs; and

2.     The parties shall bear their own attorneys' fees, costs, etc., in this action.

Dated: New York, New York  
      May 31, 2017

DAVID E. MCCRAW, ESQ.

*[signature]*

Vice President and Deputy General Counsel  
The New York Times Company  
620 Eighth Avenue  
New York, New York 10018  
Telephone: (212) 556-4031  
Facsimile: (212) 556-4634  
E-mail: mccrad@nytimes.com  
*Attorney for plaintiffs*

Dated: New York, New York  
      May 31, 2017

JOON H. KIM  
Acting United States Attorney  
Southern District of New York

By: *[signature]*

MICHAEL J. BYARS  
Assistant United States Attorney  
86 Chambers Street, 3rd Floor  
New York, New York 10007  
Telephone: (212) 637-2793  
Facsimile: (212) 637-2717  
E-mail: michael.byars@usdoj.gov  
*Attorney for defendant*

6/6/17

SO ORDERED.

*[signature]*

HON. LORETTA A. PRESKA  
UNITED STATES DISTRICT JUDGE